**SAO**
Ryan A. Hamilton
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
Tel: (702) 818-1818
Fax: (702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for the Plaintiff,*
*Leon Enterprises, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON ENTERPRISES, INC., a Nevada Corporation;<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>BENJAMIN GONZALEZ, an individual; and MELISSA CARDENAS, an individual;<br><br>Defendants and Counterplaintiffs,<br><br>BENJAMIN GONZALEZ, an individual; and MELISSA CARDENAS, an individual;<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>ALEJANDRO LEON, an individual; and LAURA LEON, an individual;<br><br>Third Party Defendants. | Case No.: 2:19-cv-01672-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

| | |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by the parties in the above-referenced action that, while the parties are engaged in settlement discussions, the deadline for Plaintiff to respond to Defendant's Motion for Judgment on Pleadings shall be extended from November 18, 2019 to and including December 2, 2019.

DATED this __18th__ day of __Nov.__, 2019.

| HAMILTON LAW | DENNETT WINSPEAR, LLP |
|---|---|
| */s/ Ryan A. Hamilton* <br> Ryan A. Hamilton, Esq. <br> Nevada Bar No. 11587 <br> 5125 S. Durango, Suite C <br> Las Vegas, NV 89113 <br> *Attorney for Plaintiff* | */s/ Sagar Raich* <br> Sagar Raich, Esq. <br> RAICH LAW PLLC <br> 6785 S. Eastern Avenue, #5 <br> Las Vegas, NV 89119 <br> *Attorney for Defendants* |

## **ORDER**

IT IS SO ORDERED this __20th__ day of __November__, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

HAMILTON LAW

By: */s/ Ryan A. Hamilton*
    Ryan A. Hamilton, Esq.
    Nevada Bar No. 11587
    5125 S. Durango, Suite C
    Las Vegas, NV 89113
    ryan@hamlegal.com
    *Attorney for Plaintiff*