Ryan A. Hamilton
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
Tel: (702) 818-1818
Fax: (702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for the Plaintiff/Counterdefendant,*
*Leon Enterprises, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON ENTERPRISES, INC., a Nevada Corporation;<br><br>    Plaintiff and Counterdefendant,<br><br> vs.<br><br>BENJAMIN GONZALEZ, an individual; and MELISSA CARDENAS, an individual;<br><br>    Defendants and Counterplaintiffs, | Case No.: 2:19-cv-01672-RFB-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BENJAMIN GONZALEZ, an individual; and MELISSA CARDENAS, an individual;<br><br>    Third Party Plaintiffs,<br><br> vs.<br><br>ALEJANDRO LEON, an individual; and LAURA LEON, an individual;<br><br>    Third Party Defendants. | |

Plaintiffs/Counterdefendants LEON ENTERPRISES, INC. and Defendants/Counterplaintiffs BENJAMIN GONZALEZ and MELISSA CARDENAS, hereby stipulate to the dismissal of this action with prejudice. The parties are to bear their own cost and attorney fees.

DATED this 24th day of January 2020.

| HAMILTON LAW | RAICH LAW PLLC |
|---|---|
| */s/ Ryan A. Hamilton*<br>Ryan A. Hamilton, Esq.<br>Nevada Bar No. 11587<br>5125 S. Durango, Suite C<br>Las Vegas, NV 89113<br>*Attorney for Plaintiff/Counterdefendant* | */s/ Sagar Raich*<br>Sagar Raich, Esq.<br>RAICH LAW PLLC<br>6785 S. Eastern Avenue, #5<br>Las Vegas, NV 89119<br>*Attorney for Defendants* |

Respectfully Submitted By:

HAMILTON LAW

By: */s/ Ryan A. Hamilton*
    Ryan A. Hamilton, Esq.
    Nevada Bar No. 11587
    5125 S. Durango, Suite C
    Las Vegas, NV 89113
    ryan@hamlegal.com
    *Attorney for Plaintiff/Counterdefendant*

|   |   |
|---|---|
| 1  | **UNITED STATES DISTRICT COURT** |
| 2  | **DISTRICT OF NEVADA** |
| 3  |   |
| 4  | LEON ENTERPRISES, INC., a Nevada Corporation;     Case No.: 2:19-cv-01672-RFB-BNW |
| 5  | Plaintiff and Counterdefendant, |
| 6  | vs.     **ORDER FOR DISMISSAL WITH PREJUDICE** |
| 7  | BENJAMIN GONZALEZ, an individual; and MELISSA CARDENAS, an individual; |
| 8  |   |
| 9  | Defendants and Counterplaintiffs, |

LEON ENTERPRISES, INC., a Nevada Corporation;

   Plaintiff and Counterdefendant,

vs.

BENJAMIN GONZALEZ, an individual; and MELISSA CARDENAS, an individual;

   Defendants and Counterplaintiffs,

BENJAMIN GONZALEZ, an individual; and MELISSA CARDENAS, an individual;

   Third Party Plaintiffs,

vs.

ALEJANDRO LEON, an individual; and LAURA LEON, an individual;

   Third Party Defendants.

Case No.: 2:19-cv-01672-RFB-BNW

**ORDER FOR DISMISSAL WITH PREJUDICE**

The Plaintiffs/Counterdefendants LEON ENTERPRISES, INC. and Defendants/Counterplaintiffs BENJAMIN GONZALEZ and MELISSA CARDENAS have stipulated to dismiss this case with prejudice. The Court, having reviewed the parties' stipulation, hereby approves the parties' stipulation.

/ / /

/ / /

Accordingly, this case is dismissed with prejudice. Each party to bear his or her own attorneys' fees and costs. IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of January, 2020.

Respectfully Submitted By:

HAMILTON LAW

By: */s/ Ryan A. Hamilton*
    Ryan A. Hamilton, Esq.
    Nevada Bar No. 11587
    5125 S. Durango, Suite C
    Las Vegas, NV 89113
    ryan@hamlegal.com
    *Attorney for Plaintiff/Counterdefendant*